# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**TERRI MICHELLE THURSTON**                                                             **PLAINTIFF**

**v.**                                    **No. 5:22-cv-68-BJB**

**KILOLO KIJIKAZI, Acting Commissioner of Social Security**                  **DEFENDANT**

\* \* \* \* \*

## JUDGMENT

In light of the Court's decision adopting Magistrate Judge King's Report & Recommendation (DN 18), the Court enters judgment in favor of the Plaintiff, reverses the Commissioner's decision, and remands this matter to the agency for further proceedings. See 42 U.S.C. § 405(g).

Benjamin Beaton, District Judge
United States District Court

April 14, 2023